UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN ROBERT THEROUX,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>WALGREEN CO. and DOES 1–10,<br><br>　　　　　　　　　　Defendants. | Case No.: 3:19-cv-1913-JAH-AHG<br><br>**ORDER VACATING EARLY NEUTRAL EVALUATION CONFERENCE AND CASE MANAGEMENT CONFERENCE** |

This matter comes before the Court upon a review of the record. Plaintiff Vern Robert Theroux Jr. ("Plaintiff") notified the Court that his attorney, Richard Alan Smith, had heart surgery on December 6, 2019. ECF No. 7 at 1. Additionally, the Court learned that Plaintiff suffered a major heart attack on December 9, 2019 and has been hospitalized ever since. *Id*. at 2. Therefore, the Early Neutral Evaluation Conference and Case Management Conference currently scheduled for January 14, 2020 shall be **VACATED**. Plaintiff shall file a status report by **February 25, 2020**, so the Court can evaluate whether to reset the Early Neutral Evaluation Conference. The Court recognizes that there is a pending motion to stay proceedings (ECF No. 7); this Order does not rule on the pending motion.

**IT IS SO ORDERED**.

Dated: January 6, 2020

_____
Honorable Allison H. Goddard
United States Magistrate Judge

2

3:19-cv-1913-JAH-AHG