UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN ROBERT THEROUX, JR., an individual,<br><br>               Plaintiff,<br><br>v.<br><br>WALGREEN CO., an Illinois Corporation; and Does 1-10, inclusive,<br><br>               Defendant. | Case No.:  19cv1913-JAH (AHG)<br><br>**ORDER GRANTING MOTION TO STAY (Doc. No. 7)** |

On December 19, 2019, Plaintiff filed a Motion to Stay the Proceedings. Doc. No. 7. The motion is unopposed.

Good cause appearing, IT IS HEREBY ORDERED:

1. Plaintiff's motion is **GRANTED**. The proceedings are **STAYED** until **March 9, 2020.**

2. Plaintiff shall file a status report by **March 2, 2020**, updating the Court on the status on any health issues affecting Plaintiff's ability to prosecute the action.

**IT IS SO ORDERED.**

DATED:    January 7, 2020

                                               _____
JOHN A. HOUSTON
United States District Judge