UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERN ROBERT THEROUX JR., an individual,,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO., an Illinois Corporation; and DOES 1-10, inclusive,<br><br>Defendant. | Case No.: 19cv1913-JAH (AHG)<br><br>**ORDER GRANTING DISMISSAL OF ENTIRE CASE WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

Pending before the Court is a Joint Motion for Dismissal of the Entire Case Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Doc. No. 12. Upon consideration of the motion, IT IS HEREBY ORDERED the motion is **GRANTED**. This case is dismissed in its entirety with prejudice. Each party shall bear his or its own attorneys' fees, expert fees, and costs.

**IT IS SO ORDERED.**

DATED: February 27, 2020

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

1